| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978. (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) Heaton, Joe L. | 2. Court or Organization Western District of Oklahoma | 3. Date of Report 05/03/2007 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge, Active | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address United States Courthouse 200 NW 4th Street, Room 3108, OKC., OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Custodian/co-signer | Custodial Accounts 1 and 2 |
| 2  Secretary - Treasurer | ██████████████████ |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1  N/A | Oklahoma Public Employees Retirement System - vested. Eligible at age 62. |
| 2 | |

2007 MAY 11 A 9: 26 FINANCIAL DISCLOSURE OFFICE RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ✓ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ✓ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ✓ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✓ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ✓ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Heaton, Joe L. | 05/03/2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transactio ) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Duke Energy common stock | B | Dividend | K | T | | | | | |
| 2 Spectra Energy common stock | A | Dividend | K | T | Spinoff from Duke | | | | |
| 3 Xcel Energy common stock | B | Dividend | K | T | | | | | |
| 4 Oil & gas working interest | D | Royalty | K | V | | | | | |
| 5 Smith Barney money fund (Citibank NA Bank Deposit Program) | B | Dividend | K | T | | | | | |
| 6 Investment Company of America | D | Dividend | M | T | | | | | |
| 7 Europacific Growth Fund | B | Dividend | K | T | | | | | |
| 8 Okla. Dev. Finance Auth. bonds (St. John's Health System) | A | Interest | K | T | | | | | |
| 9 Bank of Oklahoma accounts | | None | J | T | | | | | |
| 10 323 East Mosier Limited Partnership, ltd. part. interest | C | Rent | M | U | | | | | |
| 11 Masterpiece Properties LP - ltd. part. interest | C | Rent | L | U | | | | | |
| 12 Meadowood II LP ltd. part. int. real est. dev., Cleveland County, OK | C | Rent | M | U | | | | | |
| 13 Hollywood Shopping Center LLC, Norman, OK | C | Rent | J | U | | | | | |
| 14 West Oaks Rentals, gen. Part. Norman, OK office bldg., | A | Rent | J | U | | | | | |
| 15 Norman Builders Supply common stock | | None | J | U | | | | | |
| 16 Norman Construction & Paving common stock | | None | J | U | | | | | |
| 17 DDB Limited Partnership, ltd. part. interest | A | Rent | L | U | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J= 15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L= 50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M= 100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Growth Fund America | B | Dividend | M | T | | | | | |
| 19 ING - USA Life Ins. Co. (formally Equitable of Iowa) - whole life ins. | A | Dividend | J | U | | | | | |
| 20 Individual Retirement Account #1 | E | Dividend | M | T | | | | | |
| 21 - Amcap Fund | | | | | | | | | |
| 22 - Investment Company of America | | | | | | | | | |
| 23 - Smith Barney Money Funds - cash portfolio - A | | | | | | | | | |
| 24 - Growth Fund of America Account | | | | | | | | | |
| 25 Individual Retirement Account #2 | D | Dividend | M | T | | | | | |
| 26 - Amcap Fund | | | | | | | | | |
| 27 - Investment Company of America | | | | | | | | | |
| 28 - Smith Barney Money Funds - cash portfolio - A | | | | | | | | | |
| 29 - Growth Fund of America | | | | | | | | | |
| 30 Custodial Account #1 | E | | M | T | | | | | |
| 31 - Smith Barney money funds (Mun. Money Market Fund - Ch A) | | | | | | | | | |
| 32 - Smith Barney Large Cap Value fund (now Legg Mason) | | | | | partial sales | see note | J | B | |
| 33 - Growth Fund of America | | | | | | | | | |
| 34 - 323 East Mosier LP, ltd. part. interest | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 - Masterpiece Properties LP, ltd. part. interest | | | | | | | | | |
| 36 - Meadowood II LP, ltd. part. interest | | | | | | | | | |
| 37 - DDB Limited Part. ltd. part. interest | | | | | | | | | |
| 38 Custodial Account #2 | D | | M | T | | | | | |
| 39 - Smith Barney money fund (Citibank NA Bank Deposit program) | | | | | | | | | |
| 40 - Bank of Oklahoma account | | | | | | | | | |
| 41 - Smith Barney Large Cap Value Fund (now Legg Mason) | | | | | | | | | |
| 42 - Growth Fund of America | | | | | | | | | |
| 43 - 323 East Mosier LP, ltd. part. interest | | | | | | | | | |
| 44 - Meadowood II LP, ltd. part. interest | | | | | | | | | |
| 45 - DDB Limited Part ltd. part. int. | | | | | | | | | |
| 46 - Masterpiece Properties LP, ltd. part. interest | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1 $1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or les N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. The value of the oil and gas working interest identified in Part VII, line 4, is based on average monthly income during the period x36 months. The wells are located in Oklahoma (Folmar) and McClain (Lewis 1-11 and Mooney) Counties, Oklahoma.

2. As to the custodial accounts shown in Part VII, filer is the custodian or co-signer of the bank account and assets in brokerage account. ▬▬▬ is custodian as to limited partnership interest. Valuations of publicly traded funds are based on cash/market; values of limited partnership interests are based on book value.

3. The limited partnership interests identified in Part VII, lines 10, 11, 12 and 17 also had interest or dividend income in addition to rental income (per K-1).

4. The multiple partial sales of the asset shown in Part VII, line 32, occurred on 01/18, 03/20, 08/07 and 11/13. Value and gain totals are indicated.

5. Listing of Masterpiece Properties LP in Part VII, line 46, was inadvertently omitted from 2005 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬ Date 5/3/07

NOTE: A▬▬▬▬ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT ▬▬▬ ND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544